UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANE DOE, by and through her father,
JOHN DOE,

    Plaintiff,

v.                                                                                    4:05cv122-WS

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (doc. 13).  The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

    1.  The parties' proposed alternative discovery schedule is hereby ADOPTED.

    2.  All discovery shall be commenced in time to be completed by November 30, 2005.

    3.  Potentially dispositive motions, if any, shall be due 30 days after the close of discovery on November 30, 2005.  The non-moving party shall have 30 days to respond to a dispositive motion.

    4.  Plaintiff's counsel shall advise the court on or before November 30, 2005, whether and when the parties will attend mediation.

DONE AND ORDERED this August 1, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE